UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>BESTWALL LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |
| BESTWALL LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. Pro. No. 17-3105 (LTB) |

**JOINDER TO THE OBJECTIONS FILED BY THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS AND THE FUTURE CLAIMANTS' REPRESENTATIVE**

The undersigned, on behalf of its clients (collectively, the "Affected Individuals") identified in Appendix A to the Debtor's Motion for an Order (I) Preliminarily Enjoining Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring that the Automatic Stay Applies to Such Actions and (III) Granting a Temporary Restraining Order Pending a Full Hearing on the Motion [Adv. Docket No. 2] (the "Motion") joins in the arguments and papers filed in the above-captioned adversary proceeding by the Official Committee of Asbestos Claimants of Bestwall LLC (the "Committee") and the Future Claimants Representative (the

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, GA 30303.

"FCR") including:

     1.     Objection of the Official Committee of Asbestos Claimants to Debtor's Motion for An Order (I) Preliminary Enjoining Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring that Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring that Automatic Stay Applies to Such Actions and (II) Granting Temporary Restraining Order Pending a Full Hearing on the Motion (the "Committee Objection"); and

     2.     Future Claimants' Representative's Objection to Debtor's Motion for an Order (I) Preliminarily Enjoining Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring that the Automatic Stay Applies to Such Actions and (III) Granting a Temporary Restraining Order Pending a Full Hearing on the Motion (the "FCR Objection").

The Affected Individuals join in the Committee Objection and the FCR Objection and incorporate herein the arguments set forth therein.

WHEREFORE, the Affected Individuals request that the Court: (i) deny the relief requested in the Motion, and (ii) grant such other and further relief as is just and proper.

Dated: August 16, 2018
Charlotte, North Carolina

ESSEX RICHARDS, P.A.

/s/ Heather W. Culp
Heather W. Culp
NC Bar No. 30386
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: hculp@essexrichards.com

-and-

/s/ Thomas W. Bevan
*pro hac vice pending*
Thomas W. Bevan
OH Bar No. 54063
Bevan and Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, Ohio 44236
Telephone: (330) 650-0088
Facsimile: (330) 467-4493
E-mail: tbevan@bevanlaw.com

*Co-Counsel to the Affected Individuals*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16 day of August, 2018, I electronically filed this **JOINDER TO THE OBJECTIONS FILED BY THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS AND THE FUTURE CLAIMANTS' REPRESENTATIVE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

Garland S. Cassada
Robinson Bradshaw & Hinson
101 N. Tryon St.
Suite 1900
Charlotte, NC 28246

Jonathan C. Krisko
Robinson, Bradshaw & Hinson, P.A.
101 N. Tryon Street
Suite 1900
Charlotte, NC 28246

Andrew W.J. Tarr
Robinson, Bradshaw & Hinson, PA
101 N. Tryon St.
Suite 1900
Charlotte, NC 28246

Felton Parrish
Hull & Chandler, P.A.
1001 Morehead Square Drive, Suite 450
Charlotte, NC 28203

William Marc Graham
Wallace and Graham P.A.
525 North Main Street
Salisbury, NC 28144

Natalie D. Ramsey
Montgomery McCracken Walker and Rhoads LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19810

Linda Wright Simpson
JD Thompson Law
PO Box 33127
Charlotte, NC 28233

Glenn C. Thompson
Hamilton Stephens Steele & Martin
525 North Tryon Street
Suite 1400
Charlotte, NC 28202

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Davis Lee Wright
Montgomery, McCracken, Walker & Rhoads LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801

I further certify that I served a copy of the foregoing on the following via email only.

Thomas W. Bevan
Bevan And Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, Ohio 44236

_____
Heather W. Culp
NC Bar No. 30386
Local Counsel for Certain Affected Individuals
Essex Richards, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: hculp@essexrichards.com