UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>BESTWALL LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |
| BESTWALL LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>Defendants. | Adv. Pro. No. 17-3105 (LTB) |

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2018, I electronically filed the **JOINDER TO THE OBJECTION FILED BY THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS AND THE FUTURE CLAIMANTS' REPRESENTATIVE (Dkts. #59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 79, 80, 81, 82, 83, 84 and 85)**, and that copy of each was served on Shelley K. Abel, United States Bankruptcy Administrator, on the 17th of August, 2018 via email to ba_desk@ncwba.uscourts.gov.

I further certify that on the 16th day of August, 2018, I electronically filed **JOINDER TO THE OBJECTION FILED BY THE OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS (Dkts #56, 57, 58, 76, 77, 78),** and that a copy of each was served on Shelley K. Abel, United States Bankruptcy Administrator, on the 17th of August, 2018 via email to ba_desk@ncwba.uscourts.gov:

*/s/ Heather W. Culp*

Heather W. Culp
NC Bar No. 30386
Local Counsel for Certain Affected Individuals
Essex Richards, P.A.

1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: hculp@essexrichards.com