# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re<br><br>BESTWALL LLC,[1]<br><br>        Debtor. | Chapter 11<br><br>Case No. 17-31795 (LTB) |
| BESTWALL LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000,<br><br>        Defendants. | Adv. Proc. No. 17-3105 (LTB) |

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 20, 2019

Time of Hearing:        9:30 a.m. (prevailing Eastern Time)

Location of Hearing:      Courtroom of the Honorable Chief Judge Laura T. Beyer, United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, Courtroom 1-5, 401 West Trade Street, Charlotte, North Carolina 28202

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 133 Peachtree Street, N.E., Atlanta, Georgia 30303.

## MATTERS IN MAIN CHAPTER 11 CASE

1. Order Establishing Mediation of Certain Chapter 11 Case Matters (the "Mediation Order").

   **Status: The hearing on this matter is going forward. At the October 23, 2019 hearing, the Court requested that one or more Mediation Orders be submitted for consideration by November 15, 2019. As subsequently requested by the parties, the Court extended the deadline to submit a proposed form (or forms) of Mediation Order until November 18, 2019.**

   Related Documents: None to date.

   Objections Received: None to date.

## MATTERS IN ADVERSARY PROCEEDING 17-3105

2. Motion of the Official Committee of Asbestos Claimants to Reconsider and Amend the Memorandum Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 166].

   **Status: The hearing on this matter is going forward for the Court to issue its ruling.**

   Objection Deadline: October 9, 2019. By agreement of the parties, the deadline for the Debtor and the Debtor's non-debtor affiliate, Georgia-Pacific LLC, to file an objection was extended to October 16, 2019 in accordance with the *Order Establishing Certain Notice, Case Management and Administrative Procedures* [Docket No. 65].

   Related Documents:

   A. Debtor's Complaint for Injunctive and Declaratory Relief (I) Preliminarily Enjoining Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring That the Automatic Stay Applies to Such Actions and (III) Granting a Temporary Restraining Order Pending a Full Hearing on the Motion [Adv. Pro. Docket No. 1].

   B. Debtor's Motion for an Order (I) Preliminarily Enjoining Certain Actions Against Non-Debtors, or (II) in the Alternative, Declaring That the Automatic Stay Applies to Such Actions and (III) Granting a Temporary Restraining Order Pending a Full Hearing on the Motion [Adv. Pro. Docket No. 2].

   C. Memorandum Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 164].

   D. Consolidated Reply of the Official Committee of Asbestos Claimants to Objections of the Debtor and Georgia-Pacific LLC to the Motion of the Official Committee of Asbestos Claimants to Reconsider and Amend the Memorandum

Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 175].

Objections Received:

E.      The Debtor's Objection to the Official Committee of Asbestos Claimants' Motion to Reconsider and Amend the Memorandum Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 171].

F.      Georgia-Pacific LLC's Joinder to the Debtor's Objection to the Official Committee of Asbestos Claimants' Motion to Reconsider and Amend the Memorandum Opinion and Order Granting the Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Docket No. 172].

[*Remainder of Page Intentionally Blank.*]

NAI-1510004316

| | |
|---|---|
| Dated: November 15, 2019<br>Charlotte, North Carolina | Respectfully submitted,<br><br>/s/ *Garland S. Cassada*<br>Garland S. Cassada (NC Bar No. 12352)<br>David M. Schilli (NC Bar No. 17989)<br>Andrew W.J. Tarr (NC Bar No. 31827)<br>ROBINSON, BRADSHAW & HINSON, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina  28246<br>Telephone:  (704) 377-2536<br>Facsimile:  (704) 378-4000<br>E-mail:    gcassada@robinsonbradshaw.com<br>              dschilli@robinsonbradshaw.com<br>              atarr@robinsonbradshaw.com<br><br>Gregory M. Gordon (TX Bar No. 08435300)<br>JONES DAY<br>2727 North Harwood Street, Suite 500<br>Dallas, Texas  75201<br>Telephone:  (214) 220-3939<br>Facsimile:  (214) 969-5100<br>E-mail:    gmgordon@jonesday.com<br>(Admitted *pro hac vice*)<br><br>Jeffrey B. Ellman (GA Bar No. 141828)<br>Brad B. Erens (IL Bar No. 06206864)<br>JONES DAY<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia  30309<br>Telephone:  (404) 581-3939<br>Facsimile:  (404) 581-8330<br>E-mail:    jbellman@jonesday.com<br>              bberens@ jonesday.com<br>(Admitted *pro hac vice*)<br><br>ATTORNEYS FOR DEBTOR AND DEBTOR IN POSSESSION |

NAI-1510004316